UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

DAVID KOLBOW and DANIEL DODSON,
on behalf of himself and
all others similarly situated,

       Plaintiffs,                     Case No. 22-cv-451

    v.

API HEAT TRANSFER INC. and API HEAT
TRANSFER THERMASYS CORPORATION,

       Defendants.

---

### PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SERVICE AWARDS

---

NOW COMES Plaintiffs David Kolbow and Daniel Dodson (collectively "Plaintiffs"), by and through their counsel, Walcheske & Luzi, LLC, and hereby respectfully motions this Court for approval of Plaintiffs' Service Awards on the grounds set forth below.

    1.    The Seventh Circuit has recognized that, in appropriate cases, class representatives may be entitled to service awards. *See Spicer v. Chi. Bd. Options Exch.*, 844 F. Supp. 1226, 1267 (N.D. Ill. 1993) (citing *In re Cont'l Ill. Sec. Litig.*, 962 F.2d 566, 571 (7th Cir. 1992)). The amount of the award can reflect the extent to which the class has benefitted from the plaintiff's efforts to protect the interests of the class and the amount of time and effort expended. *See Cook v. Niedert*, 142 F.3d 1004, 1016 (7th Cir. 1998).

    2.    Plaintiffs are the only named plaintiffs in this litigation. By prosecuting this action as the only named plaintiffs, Plaintiffs assumed significant risks: "if the class action suit fails, no incentive will be made," *Espenscheid v. DirectSat USA, LLC,* 688 F.3d 872, 876 (7th Cir. 2012),

and "should the suit fail, [they] may find [themselves] liable for the defendant's costs or even, if the suit is held to have been frivolous, for the defendant's attorneys' fees." *Id*. "The incentive reward is designed to compensate [them] for bearing these risks, as well as for any time…participating in the litigation as any plaintiff must do." *Id.*

3. As part of their settlement, the parties have agreed that Plaintiff David Kolbow will receive a Service Award, subject to Court approval, in the total amount of $10,000.00, and that Plaintiff Daniel Dodson will receive a Service Award, subject to Court approval, in the total amount of $1,000.00. (ECF No. 23-1, ¶ 3.3(A).) Defendants do not oppose the request. (*Id.*)

4. Plaintiffs' Service Awards were negotiated and agreed upon separately from the Net Settlement Fund created for Settlement Class Members. Accordingly, Plaintiffs' Service Awards, and the amounts thereof, are "separate and apart from, and in addition to," their recoveries through the Net Settlement Fund. (*Id.*)

5. Plaintiffs' Service Awards are reflective of the risks they assumed by being the "face" in this litigation and bringing their claims against Defendants on behalf of not just themselves, but also all others similarly situated to them, their assistance to counsel in so doing, the monetary success of the parties' settlement, and the extent to which Settlement Class Members have benefitted from their efforts to protect and pursue their legal and monetary interests.

6. Plaintiffs' Service Awards are further reflective of their full release of claims through the parties' settlement, in addition to their wage-related claims against Defendants. (*Id.* at ¶¶ 4.4, 4.5.)

7. Finally, Plaintiffs' Service Awards and the amounts thereof are fair, reasonable, and comparable vis-à-vis other service awards granted to other lead plaintiffs in multi-plaintiff cases under the Fair Labor Standards Act, as amended, and Wisconsin's Wage Payment and

Collection Laws in this District. *See, e.g.*, *Solem v. McCain Foods USA, Inc.*, Case No. 22-cv-137-WCG, ECF No. 50 (E.D. Wis. Aug. 22, 2023) ($20,000); *Todd v. AA Healthcare Mgmt. LLC, et al.,* Case No. 20-cv-1744-BHL, ECF No. 58 (E.D. Wis. Aug. 5, 2022) ($9,500); *Myles, et al., v. Wellpath LLC,* Case No. 20-cv-1498-SCD, ECF No. 48 (E.D. Wis. July 11, 2022) ($7,500); *Stirmel v. S&C Electric Co.*, Case No. 20-cv-347-LA, ECF No. 44 (E.D. Wis. Mar. 5, 2021) ($20,000); *Medina v. Automax Financial, LLC*, Case No. 19-cv-1582-JPS, ECF No. 41 (E.D. Wis. Jan. 29, 2021) ($7,500).

**WHEREFORE**, Plaintiffs respectfully request that this Court grant their unopposed Motion and award their Service Awards in the total amount of $11,000.00, as agreed upon by the parties.

Dated this 25th day of August, 2023.

WALCHESKE & LUZI, LLC
Counsel for Plaintiff

s/ *James A. Walcheske*
James A. Walcheske, State Bar No. 1065635
Scott S. Luzi, State Bar No. 1065635
David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
Email: jwalcheske@walcheskeluzi.com
Email: sluzi@walcheskeluzi.com
Email: dpotteiger@walcheskeluzi.com