UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

DAVID KOLBOW and DANIEL DODSON,
on behalf of himself and
all others similarly situated,

      Plaintiffs,                                  Case No. 22-cv-451

      v.

API HEAT TRANSFER INC. and API HEAT
TRANSFER THERMASYS CORPORATION,

      Defendants.

---

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

      COMES NOW Plaintiffs David Kolbow and Daniel Dodson (collectively "Plaintiffs"), on behalf of themselves and all others similarly situated, by and through their attorneys, Walcheske & Luzi, LLC (hereinafter, "Plaintiffs' counsel"), to respectfully move the Court for approval of attorneys' fees and costs to Plaintiffs' counsel on the grounds set forth below, in Plaintiffs' supporting brief, and the accompanying Declarations of Attorneys James A. Walcheske, Robert M. Mihelich, and Larry A. Johson.

      1.      Plaintiff's counsel negotiated a settlement of this Fair Labor Standards Act ("FLSA") collective and Wisconsin Wage Payment and Collection Law ("WWPCL") and New York State Labor Law ("NYLL") class action on behalf of current and former employees of Defendants API Heat Transfer Inc. and API Heat Transfer Thermasys Corporation (collectively "Defendants"), as preliminarily approved by this Court on May 22, 2023, (ECF No. 25);

2. The Gross Fund created by the parties' preliminarily approved Settlement Agreement is a maximum of $500,000.00. (ECF No. 23-1, ¶ 1.11.) As called-for in that Agreement, Plaintiffs now petition this Court for approval of Plaintiffs' counsel's reasonable attorneys' fees of one-third of the Gross Fund, or $166,666.67, and reasonable litigation-related costs of $2,500.00, for a total $169,166.67, (*id.* at ¶ 3.2(A));

3. Defendants do not object to or oppose this Motion for approval of such attorneys' fees and costs, (*id.*); and

4. As set forth in greater detail in Plaintiffs' supporting brief, the requested award is fair, reasonable, representative of and consistent with common fund principles, the market rate for fees in these types of cases, and the approved rates in similar matters before District Courts in the State of Wisconsin.

WHEREFORE, Plaintiffs respectfully request that this Court grant their Unopposed Motion for Approval of Attorneys' Fees and Costs in the total amount of $169,166.67.

Dated this 25th day of August, 2023.

        WALCHESKE & LUZI, LLC
        Counsel for Plaintiff

        s/ *James A. Walcheske*
        James A. Walcheske, State Bar No. 1065635
        Scott S. Luzi, State Bar No. 1067405
        David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
Email: jwalcheske@walcheskeluzi.com
Email: sluzi@walcheskeluzi.com
Email: dpotteiger@walcheskeluzi.com